IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ARTEZ OLIVER                                                         PLAINTIFF

v.                            No. 3:16-cv-350-DPM

DALE COOK, Sheriff, Mississippi
County Detention Center                                              DEFENDANT

JUDGMENT

Oliver's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

9 February 2017